Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| In re | |
|---|---|
| Ravinder Singh<br>Sarbjeet Kaur Singh | Chapter 13 Case No. 16-40950-RLE13 |
| debtor(s) | |

**Trustee's Motion and Declaration to Re-Convert Chapter 13 Case to Chapter 7 or Dismiss Chapter 13 Proceedings**

TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY OF RECORD AND ALL INTERESTED PARTIES:

Martha G. Bronitsky, Chapter 13 Standing Trustee hereby moves the court for an Order Re-Converting Chapter 13 Case to a Chapter 7 or Dismissing Chapter 13 Proceedings for the following reasons: Failure to make chapter 13 plan payments. Due $240.00 through September 2016.

I declare under penalty of prejury that the foregoing is true and correct.

Date: September 07, 2016                                    /s/ Martha G. Bronitsky
                                                            Signature of Martha G. Bronitsky
                                                            Chapter 13 Standing Trustee

| 1 | In re | Chapter 13 Case No. 16-40950-RLE13 |
| --- | --- | --- |
| 2 |     Ravinder Singh<br>    Sarbjeet Kaur Singh | |
| 3 |                   debtor(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 07, 2016      /s/ Veronica Valdez
                                           Veronica Valdez

                                           Patrick L Forte Atty
                                           1624 Franklin St #911
Ravinder Singh                       Oakland,CA 94612
Sarbjeet Kaur Singh
1159 Stirling Drive             (Counsel for Debtor)
Rodeo,CA 94572

(Debtor(s))

East Bay Funding, Llc
C/O Resurgent Capital Services
Po Box 288
Greenville, SC 29603-0000

| San Francisco Federal Credit Union | United States Treasury |
| --- | --- |
| 770 Golden Gate Avenue | Po Box 7346 |
| San Francisco, CA 94102 | Philadelphia, PA 191017346 |
| (Creditor) | (Creditor) |
| Marlene G Weinstein Ch 7 Trustee | San Bernardino County Tax Collector |
| 1511 Sycamore Ave #M-259 | 268 W Hospitality Ln 1St Fl |
| Hercules, CA 94547 | San Bernardino, CA 92415 |
| (Creditor) | (Creditor) |
| Franchise Tax Board | Aaa |
| Po Box 2952 | Cardmember Service |
| Sacramento, CA 958122952 | P.O. Box 94014 |
| (Creditor) | Palatine, IL 600944014 |
| | (Creditor) |

| # | Column A | Column B |
|---|---|---|
| 1 | American Express<br>P.O. Box 0001<br>Los Angeles, CA  900960001<br>(Creditor) | Best Buy<br>Retailer Services<br>P.O. Box 60148<br>City Of Industry, CA  917160148<br>(Creditor) |
| 2 | American Express<br>P.O. Box 0003<br>Los Angeles, CA  90096<br>(Creditor) | Chase Card Member Service<br>P.O. Box 94014<br>Palatine, IL  600944014<br>(Creditor) |
| 3 | American Express Bank Fsb<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern, PA  193550701<br>(Creditor) | Citi Card<br>P.O. Box 6940<br>The Lakes, NV  88901<br>(Creditor) |
| 4 | American Express Centurion Bank<br>C/O Becket And Lee Llp<br>Pob 3001<br>Malvern, PA  193550701<br>(Creditor) | Costco<br>Retail Services<br>P.O. Box 60148<br>City Of Industry, CA  91716<br>(Creditor) |
| 5 | American Express/Bank Of America<br>P.O. Box 15019<br>Wilmington, DE  19850<br>(Creditor) | Department Stores National Bank/Visa<br>Tsys Debt Mgmt., Inc.<br>Po Box 137<br>Columbus, GA  319020137<br>(Creditor) |
| 6 | Bank Of America<br>275 S. Valencia Ave., 1St Fl.<br>Brea, CA  928236340<br>(Creditor) | Discover Bank<br>Dfs Services, Llc<br>Po Box 3025<br>New Albany, OH  430543025<br>(Creditor) |
| 7 | Bank Of America<br>P.O. Box 15726<br>Wilmington, DE  198865726<br>(Creditor) | Discover Card<br>Dfs Services, Llc<br>Po Box 3025<br>New Albany, OH  430543025<br>(Creditor) |
| 8 | Bank Of America<br>P.O. Box 30750<br>Los Angeles, CA  900300750<br>(Creditor) | Discover Card<br>P.O. Box 30395<br>Salt Lake City, UT  841300395<br>(Creditor) |
| 9 | Bank Of America<br>P.O. Box 60456<br>Los Angeles, CA  900600456<br>(Creditor) | East Bay Funding, Llc<br>C/O Resurgent Capital Services<br>Po Box 288<br>Greenville, SC  29603<br>(Creditor) |

| # | | |
|---|---|---|
| 1 | Indymac Federal Bank<br>P.O. Box 78826<br>Phoenix, AZ  850628826<br>(Creditor) | Target National Bank<br>C/O Target Card Service<br>P.O. Box 59317<br>Minneapolis, MN  554590317<br>(Creditor) |
| | Jc Penney<br>P.O. Box 960090<br>Orlando, FL  328960090<br>(Creditor) | Bank Of America<br>P.O. Box 15726<br>Wilmington, DE  198865726<br>(Creditor) |
| | Macy'S<br>P.O. Box 6938<br>The Lakes, NV  889016937<br>(Creditor) | Bank Of America<br>P.O. Box 15726<br>Wilmington, DE  198865726<br>(Creditor) |
| | Macy'S Visa<br>P.O. Box 689194<br>Des Moines, IA  503689194<br>(Creditor) | Bank Of America<br>P.O. Box 15726<br>Wilmington, DE  198865726<br>(Creditor) |
| | Mervyn'S<br>P.O. Box 960013<br>Orlando, FL  328960013<br>(Creditor) | Bank Of America<br>P.O. Box 15726<br>Wilmington, DE  198865726<br>(Creditor) |
| | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA  92123<br>(Creditor) | Bank Of America<br>P.O. Box 15726<br>Wilmington, DE  198865726<br>(Creditor) |
| | Old Navy<br>P.O. Box 530942<br>Atlanta, GA  303530942<br>(Creditor) | Bank Of America<br>P.O. Box 15726<br>Wilmington, DE  198865726<br>(Creditor) |
| | Pra Receivables Management, Llc<br>Pob 41067<br>Norfolk, Va 23541<br>Norfolk, VA  00000<br>(Creditor) | Bank Of America<br>P.O. Box 15726<br>Wilmington, DE  198865726<br>(Creditor) |
| | Sacramento County Tax Collector<br>P. O. Box 508<br>Sacramento, CA  958120508<br>(Creditor) | Citi Card<br>P.O. Box 6940<br>The Lakes, NV  88901<br>(Creditor) |
| | San Bernardino County Tax Collector<br>172 W. 3Rd St.<br>San Bernardino, CA  92415<br>(Creditor) | Contra Costa County Tax Coll<br>Po Box 631<br>Martinez, CA  94553<br>(Creditor) |

| # | | |
|---|---|---|
| 1 | Department Stores National Bank/Visa<br>Tsys Debt Mgmt., Inc.<br>Po Box 137<br>Columbus, GA 319020137<br>(Creditor) | Pra Receivables Management, Llc<br>Pob 41067<br>Norfolk, Va 23541<br>Norfolk, VA 00000<br>(Creditor) |
| 2 | Discover Card<br>P.O. Box 30395<br>Salt Lake City, UT 841300395<br>(Creditor) | Pra Receivables Management, Llc<br>Pob 41067<br>Norfolk, Va 23541<br>Norfolk, VA 00000<br>(Creditor) |
| 3 | Pyod Llc Citibank C/O Resurgent Capital Srvs<br>Po Box 19008<br>Greenville, SC 29602<br>(Creditor) | Pra Receivables Management, Llc<br>Pob 41067<br>Norfolk, Va 23541<br>Norfolk, VA 00000<br>(Creditor) |
| 4 | Ecast Settlement Corp<br>Bass & Associates, P.C<br>3936 E. Ft. Lowell Road, Suite 200<br>Tucson, AZ 00000<br>(Creditor) | Pra Receivables Management, Llc<br>Pob 41067<br>Norfolk, Va 23541<br>Norfolk, VA 00000<br>(Creditor) |
| 5 | Jc Penney<br>P.O. Box 960090<br>Orlando, FL 328960090<br>(Creditor) | Citibank Usa - Sears<br>Po Box 182149<br>Columbus, OH 43228<br>(Creditor) |
| 6 | Macy'S Visa<br>P.O. Box 689194<br>Des Moines, IA 503689194<br>(Creditor) | Target National Bank<br>C/O Target Card Service<br>P.O. Box 59317<br>Minneapolis, MN 554590317<br>(Creditor) |
| 7 | Mervyn'S<br>P.O. Box 960013<br>Orlando, FL 328960013<br>(Creditor) | American Infosource/First Data Global Leasing<br>Po Box 248838<br>Oklahoma City, OK 731248838<br>(Creditor) |
| 8 | Pra Receivables Management, Llc<br>Pob 41067<br>Norfolk, Va 23541<br>Norfolk, VA 00000<br>(Creditor) | Resurgent Capital Services<br>Po Box 19008<br>Greenville, SC 29602<br>(Creditor) |
| 9 | Pra Receivables Management, Llc<br>Pob 41067<br>Norfolk, Va 23541<br>Norfolk, VA 00000<br>(Creditor) | |